CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 22 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

COREY CRADDOCK,
    Petitioner,

v.

CHARLIE ZYCH,
    Respondent.

Civil Action No. 7:10-cv-00543

ORDER

By: Hon. James C. Turk
Senior United States District Judge

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that petitioner's petitioner for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED without prejudice** and the case is **STRICKEN** from the active docket.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 22nd day of December, 2010.

                                        /s/ James C. Turk
                              Senior United States District Judge